IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MACK HENRY LOTT,

   Petitioner,

    v.

GREGORY MCLAUGHLIN
Warden, et al.

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-2520-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as a successive petition. The Petitioner's objections are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of March, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Lott\14cv2520\r&r2.wpd